

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00256-CV

LORETTA PRICE                                                    APPELLANT

V.

SFR DAL I, LLC                                                      APPELLEE

-----------

### FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY
### TRIAL COURT NO. 2014-000747-1

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

On January 13, 2015, we notified appellant that her brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). *See* Tex. R. App. P. 38.6(a). We stated we could dismiss the appeal for want of prosecution unless appellant or any party desiring to continue this appeal filed with the court within ten days a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 42.3. We have not received any response.

---

[1]*See* Tex. R. App. P. 47.4.

Because appellant's brief has not been filed, we dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f).


PER CURIAM

PANEL:  GABRIEL, J.; LIVINGSTON, C.J.; and SUDDERTH, J.

DELIVERED:  February 26, 2015